

661 Forest Parkway
Suite E
Forest Park, GA  30297-2256

Tel: 404.366.1000

www.fmglaw.com

Jack R. Hancock
**Partner**
———————
Writer's Direct Access
404.361.3223
———————
JHancock@fmglaw.com

July 21, 2020

Ms. Michelle Beck

Courtroom Deputy to Judge Eleanor L. Ross

United States District Court

Northern Division of Georgia, Atlanta Division

1788 Richard B. Russell Federal Building and US Courthouse

75 Ted Turner Drive SW

Atlanta, Georgia 30303-3309

    **Re:**    **Rhonda Jones, et al. v. Victor Hill,** *In His Official Capacity as Sheriff of Clayton County, Georgia*, **et al.,**
          **Civil Action No. 1:20-cv-02791**

Dear Ms. Beck:

    I hereby respectfully notify the Court and all opposing counsel pursuant to Local Rule 83.1E (3) that I will be away from the practice of law as follows:

| Date of Leave | Purpose of the Leave |
|---|---|
| July 27, 2020 – July 31, 2020 | Family Vacation |

    Please accept this request that the court not schedule any appearances in this matter during the aforementioned period of absence. The Court's consideration in this regard is appreciated.



July 21, 2020
Page 2
Ms. Michelle Beck

     If the Court has any questions, comments or concerns, please do not hesitate to contact me.

     By the e-filing of this letter, I have notified counsel of my correspondence with the court.

          Sincerely,
          **FREEMAN MATHIS & GARY, LLP**

          *s/ Jack R. Hancock*
          Jack R. Hancock
          Georgia Bar No. 322450

/tg

cc:    All Parties and Counsel of Record *(via CM/ECF System)*