**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| RHONDA JONES *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VICTOR HILL *et al.*, <br><br> Defendants. | CIVIL ACTION <br><br> NO. 1:20-CV-2791-JPB-CCB |

**MOTION FOR ORDER TO PRODUCE WITNESSES**

Pursuant to 28 U.S.C. § 2241(c)(5), Plaintiffs respectfully request that this Court issue a writ of habeas corpus *ad testificandum* requiring Defendant Sheriff Victor Hill of Clayton County Jail to produce jail detainees Jaquan Williams and Trey Absher as witnesses for the Plaintiffs in the hearing in the above-styled case scheduled to commence on December 8, 2020, at 9:00 a.m., and state in support:

1. Jaquan Williams (LE # 1331117) and Trey Absher (LE # 0743331) are incarcerated at the Clayton County Jail in Jonesboro, Georgia.

2. The above-styled case is set for a hearing on Plaintiffs' motion for preliminary injunction during the term of court to commence on December 8, 2020, at 9:00 a.m. in ATL Ceremonial Courtroom 2306 of the Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303.

3. Mr. Williams and Mr. Absher are members of the putative class with personal knowledge of the facts alleged by Plaintiffs. Mr. Williams and Mr. Absher have each submitted a sworn declaration in the case in support of Plaintiffs' motion. (Doc. 78-3 at 1, 39.)

4. Pursuant to 28 U.S.C. § 2241(c)(5), this Court has the authority to issue a writ of habeas corpus *ad testificandum* to permit a witness under legal imprisonment to testify at a civil hearing in federal court. *See, e.g.*, *Spears v. Chandler*, 672 F.2d 834, 835 (11th Cir. 1982); *Barnes v. Black*, 544 F.3d 807, 809–10 (7th Cir. 2008) ("The federal courts have an interest in being able to get hold of prisoners to testify in cases before those courts that transcends the categories of prisoner and criminal cases.").

5. The live testimony of Mr. Williams and Mr. Absher at the preliminary injunction hearing is relevant to Plaintiffs' motion for preliminary injunction. Therefore, the Court should order Defendants to produce these witnesses for the preliminary injunction hearing.

Respectfully submitted,

/s/ Jeremy Cutting

| | |
|---|---|
| Andres M. Lopez-Delgado<br>Ga. Bar No. 552876<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF GEORGIA<br>P.O. Box 77208<br>Atlanta, GA 30357<br>(678) 981-5295<br>adelgado@acluga.org | Sarah Geraghty<br>Ga. Bar No. 291393<br>L. Joseph Loveland<br>Ga. Bar No. 459350<br>Jeremy Cutting<br>Ga. Bar No. 947729<br>Ryan Primerano<br>Ga. Bar No. 404962<br>SOUTHERN CENTER<br>FOR HUMAN RIGHTS<br>60 Walton Street, N.W.<br>Atlanta, GA 30303<br>(404) 688-1202<br>sgeraghty@schr.org<br>(404) 664-4502<br>ljloveland@gmail.com |
| Stephen L. Pevar<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION<br>765 Asylum Avenue<br>Hartford, CT 06105<br>(860) 570-9830<br>spevar@aclu.org | |
| David C. Fathi<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION<br>915 Fifteenth Street, N.W., Seventh Floor<br>Washington, DC 20005<br>(202) 548-6603<br>dfathi@aclu.org | Brandon Buskey<br>AMERICAN CIVIL LIBERTIES<br>UNION FOUNDATION<br>125 Broad Street<br>New York, NY 10004<br>(212) 284-7364<br>bbuskey@aclu.org |

*Counsel for Plaintiffs*

December 6, 2020

## CERTIFICATE OF COMPLIANCE

I certify that this document has been prepared in compliance with N.D. Ga. Local Civil Rule 5.1C using 14-point Times New Roman font.

                                                              /s/ Jeremy Cutting

December 6, 2020

## CERTIFICATE OF SERVICE

      I certify that I filed the foregoing using the Court's CM/ECF system, which will send notification of filing to all counsel of record.

                                                  /s/ Jeremy Cutting

December 6, 2020