# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

RHONDA JONES *et al.*,

    Plaintiffs,

v.

VICTOR HILL *et al.*,

    Defendants.

CIVIL ACTION

NO. 1:20-CV-2791-JPB-CCB

## JOINT MOTION FOR REVISED PROTECTIVE ORDER

The parties jointly move the Court to enter the attached revised protective order regarding documents produced in discovery in this matter. The original order (Doc. 51-1) has been revised to include specific reference to CorrectHealth Clayton, LLC, the healthcare provider for the Clayton County Jail.

Respectfully submitted,

| | |
|---|---|
| /s/ Jack R. Hancock | /s/ Jeremy Cutting |
| Jack R. Hancock | L. Joseph Loveland |
| Georgia Bar No. 322450 | Ga. Bar No. 459350 |
| A. Ali Sabzevari | Jeremy Cutting |
| Georgia Bar No. 941527 | Ga. Bar No. 947729 |
| Jacob W. Loken | Ryan Primerano |
| Georgia Bar No. 200193 | Ga. Bar No. 404962 |
| FREEMAN MATHIS & GARY, LLP | |

661 Forest Parkway, Suite E
Forest Park, GA 30297
(404) 366-1000
jhancock@fmglaw.com
asabzevari@fmglaw.com
jasmith@fmglaw.com
jloken@fmglaw.com

*Counsel for Defendants*

SOUTHERN CENTER
FOR HUMAN RIGHTS
60 Walton Street, N.W.
Atlanta, GA 30303
(404) 688-1202
rprimerano@schr.org

Andres M. Lopez-Delgado
Ga. Bar No. 552876
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
GEORGIA
P.O. Box 77208
Atlanta, GA 30357
(678) 981-5295
adelgado@acluga.org

David C. Fathi*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 Fifteenth Street, N.W.,
Seventh Floor
Washington, DC 20005
(202) 548-6603
dfathi@aclu.org

Stephen L. Pevar
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
765 Asylum Avenue
Hartford, Connecticut 06105
(860) 570-9830
spevar@aclu.org

Brandon Buskey
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street

New York, NY 10004
(212) 284-7364
bbuskey@aclu.org

*Not admitted in DC; practice limited to federal courts

*Counsel for Plaintiffs*

May 14, 2021

## CERTIFICATE OF COMPLIANCE

I certify that this document has been prepared in compliance with N.D. Ga. Local Civil Rule 5.1C using 14-point Times New Roman font.

/s/ Jeremy Cutting

May 14, 2021

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing using the Court's CM/ECF system, which will send notification of filing to all counsel of record.

/s/ Jeremy Cutting

May 14, 2021