# EXHIBIT B

## Pen Grievances

4/19/2021     Clayton - Print Grievance Detailed

| | | | |
|---|---|---|---|
| Inmate Name | C████ H████ | Inmate ID | ████ |
| Created | 03/10/2021 9:18:48 am EST | Request ID | 329255 |
| Location | 8█ | Kiosk | H8 -█ |
| Assigned To | (all) | Kiosk ID | 7672 |
| Status | Resolved Substantiated | Status Entered | 03/10/2021 11:49:57 am EST |
| Status By | L██ G█ | Classification | (no classification assigned) |

**Grievance:** on 3-7-21 officer w██ came on housing 8 and took my ink pen plus over 200 more. he committed a major violation under the fedral guidelines due to attorney client privlage because we have the right to write our attorney. we can not write any attorney on this kisok or make any phone calls or do any visit and it be confidental. the only way for us to be confidental is to write a letter and in order to do that i need my ink pen that officer w██ took andit was one i bought on the commisary.

**Admin Notes**

**Notes to Inmate:** all pens will remain in the housing officer tower and only issued for out for use while being monitored by the housing officer. That's throughout the entire facility as of yesterday.



4/19/2021 Clayton - Print Grievance Detailed



| | | | |
|---|---|---|---|
| Inmate Name | C■■■ F■■■■ | Inmate ID | ■■■ |
| Created | 03/12/2021 8:32:29 pm EST | Request ID | 330289 |
| Location | 5■ | Kiosk | VV HU5■ |
| Assigned To | P A■■ | Kiosk ID | 11910 |
| Status | Resolved Substantiated | Status Entered | 03/15/2021 06:45:00 am EDT |
| Status By | L■ G■ | Classification | (no classification assigned) |

| | |
|---|---|
| Grievance | they are taken pens and not allowing me to get a grievance paper |
| Admin Notes | |
| Notes to Inmate | YOUR UNIT IS CURRENTLY ON LOCK DOWN SO YOU SHOULD NOT BE USING THE KIOSK ON YOUR FREETIME, PENS ARE NO LONGER ALLOWED IN THE CELLS BUT WHEN NEEDED CAN BE REQUEST TO THE HOUSING OFFICER WHO WILL MONITOR YOU WITH THE USE OF THAT PEN. |



CONFIDENTIAL D-00000027594

4/19/2021 Clayton - Print Grievance Detailed



| | | | |
|---|---|---|---|
| Inmate Name | B■■■ W■■■ | Inmate ID | ■■■ |
| Created | 03/18/2021 5:31:30 pm EDT | Request ID | 332211 |
| Location | 8-■ | Kiosk | H8■ |
| Assigned To | P A■■■ | Kiosk ID | 7671 |
| Status | Resolved Substantiated | Status Entered | 03/19/2021 07:16:04 am EDT |
| Status By | L■ G■ | Classification | (no classification assigned) |

| | |
|---|---|
| Grievance | On March the 7th 2021 officer W■■ came in housing unit 8 and took all our pens. Which by federal guide lines we are required to write legel mail and us federal mail. The Clayton county is denying all writing utensils and some officers say get it from the control booth but the officer are denying us writing utnsils aswell. This is not helpful to my situation due to crimenal and civil cases that I have pending in the United State discrit court which everything is a timly matter with these courts |
| Admin Notes | |
| Notes to Inmate | THE FACILITY DOES NOT WANT INMATES WITH PENS IN THEIR CELLS. IN THE EVENT YOU NEED TO WRITE ANYTHING, A PEN WILL BE PROVIDED BY AN OFFICER WHO WILL MONITOR YOU AS YOU USE THE PEN. |

CONFIDENTIAL D-00000027596

4/19/2021　　　　　　　　　　　　　　　Clayton - Print Grievance Detailed

| | | | |
|---|---|---|---|
| Inmate Name | T█ H█ | Inmate ID | █ |
| Created | 03/28/2021 9:12:36 am EDT | Request ID | 335255 |
| Location | D-5█ | Kiosk | VV D5█ |
| Assigned To | P A█ | Kiosk ID | 11511 |
| Status | Resolved Substantiated | Status Entered | 03/29/2021 11:08:35 am EDT |
| Status By | L█ G█ | Classification | (no classification assigned) |

**Grievance**

during the last shakedown all ink pens purchased at the inmate commissary were confiscated ,however we were informed that a ink pen would provided by the dorm officer for inmate use upon asking for one from the dorm officer .i have requested use of a ink pen on multiple occassions since the shake down but have yet to recieve use of one, thus leaving me unable to write up legal work and forms needed in my defence on my case, also thus preventing me and all other inmates from being able to communicate by U.S. MAIL with courts ,government offices and officails, as well as family and friends .this results in my and all other inmates constitutional rights for use of U.S. mail services ,as well as causing monetary losses for mail supplies purchased by inmates from commissary here at the clayton county jail.

**Admin Notes**

**Notes to Inmate**

I UNDERSTAND YOUR CONCERNS, THIS WAS A DECISION MADE BY THE FACILITY IN REGARDS TO THE USE OF PENS. HOWEVER IN THE EVENT YOU NEED TO USE A PEN, AND THE OFFICER IS ABLE TO ASSIST YOU WITH ONE AND HAVE THE ABILITY TO MONITOR YOU AT THAT TIME WITH THE PEN, YOU WILL BE ABLE TO.

