# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:20-cv-02791-JPB-CCB**
**Jones et al v. Hill et al**
**Honorable Christopher C. Bly**

Minute Sheet for proceedings held In Open Court on 10/05/2021.

TIME COURT COMMENCED: 10:00 A.M. - 10:55 A.M.
RECESS FROM 10:55 A.M. - 11:35 A.M.
TIME COURT CONCLUDED: 12:25 P.M.
TIME IN COURT: 1:45
OFFICE LOCATION: Atlanta

TAPE NUMBER: Zoomgov.com
DEPUTY CLERK: James Jarvis

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Ryan Primerano, Andres Lopez-Delgado, Joseph Loveland, and Stephen Pevar representing Plaintiffs<br><br>Arash Sabzevari and Jack Hancock representing Defendants |
| PROCEEDING CATEGORY: | Discovery Dispute Hearing |
| MOTIONS RULED ON: | [151] Motion for Class Communications **HELD IN ABEYANCE**<br><br>[182] Motion for a Status Conference **DENIED AS MOOT**<br><br>[183] Motion to Modify the Ssheduling Order **GRANTED** |
| MINUTE TEXT: | The Court held a hearing regarding the discovery disputes contained within the consolidated discovery statements filed at entries [164] and [166]. The Court resolved the disputes contained within entry [164], and the Court **GRANTED** Plaintiffs' request for their experts to have a two-day jail visit. The details of the Court's rulings are as stated on the record. The Court also addressed the [151] motion for class communications. The Court held the motion in abeyance with the understanding that if there are any changes to the current policy, Defendants are to provide Plaintiffs and the Court with advance notice of those changes, and the Court will schedule a hearing shortly thereafter. The Court **GRANTED** the [183] motion to modify its July 26, 2021 scheduling order. The parties will confer regarding new dates, and the Court will issue a modified scheduling order. The Court **DENIED AS MOOT** the [182] motion for a status conference. |