IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RHONDA JONES, et al., ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION |
| ) | |
| v. ) | FILE NO. 1:20-CV-02791-JPB |
| ) | |
| VICTOR HILL, in his official capacity as ) | |
| Sheriff of Clayton County, Georgia, et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE TO TAKE THE VIRTUAL
VIDEOTAPED DEPOSITION OF DR. HOMER VENTERS**

TO: Dr. Homer Venters
c/o Ryan Primerano
Southern Center of Human Rights
60 Walton Street
Atlanta, Georgia 30303

PLEASE TAKE NOTICE that on Thursday, January 6, 2022 beginning at 9:00 a.m., counsel for defendants will take the virtual videotaped deposition of Dr. Homer Venters. This deposition will be taken pursuant to Rule 30 of the Federal Rules of Civil Procedure for all purposes authorized by law before a court reporter duly authorized to administer oaths. The deposition will be taken before a certified court reporter and videographer duly authorized by law to take depositions and will

continue from day to day, excluding Saturdays, Sundays, and holidays, until its completion.

NOTICE IS FURTHER GIVEN that undersigned counsel reserves the right to conduct this deposition utilizing the secure web-based deposition option to provide remote/virtual access for those parties wishing to participate in the deposition via the internet and/or telephone. Please contact the noticing attorney at least five (5) calendar days prior to the deposition to advise that it is your desire to appear via this remote participating means so that the necessary credentials, email addresses, call-in numbers, testing and information, if necessary, can be provided to you prior to the proceeding. In addition, undersigned counsel reserves the right to utilize instant visual display technology such that the court reporter's writing of the proceeding will be displayed simultaneous to their writing of the same on one's laptop, iPad, tablet or other type of display device connected to the court reporter.

This 10th day of November 2021.

**FREEMAN MATHIS & GARY, LLP**
*/s/ A. Ali Sabzevari*
Jack R. Hancock
Georgia Bar No. 322450
A. Ali Sabzevari
Georgia Bar No. 941527
*Attorneys for Defendants*

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
Tel: 404-366-1000

Fax: 404-361-3223
jhancock@fmglaw.com
asabzevari@fmglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date served the within and foregoing **NOTICE TO TAKE THE VIRTUAL VIDEOTAPED DEPOSITION DR. HOMER VENTERS** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants.

This 10th day of November 2021.

         **FREEMAN MATHIS & GARY, LLP**

         */s/ A. Ali Sabzevari*
         Ali Sabzevari
         Georgia Bar No. 941527

         *Attorneys for Defendants*

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
Tel: 404-366-1000
Fax: 404-361-3223
asabzevari@fmglaw.com