IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RHONDA JONES, et al., ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION |
| ) | |
| v. ) | FILE NO. 1:20-CV-02791-JPB |
| ) | |
| VICTOR HILL, in his official capacity as ) | |
| Sheriff of Clayton County, Georgia, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE TO TAKE DEPOSITION OF ANGELO HOLT

To:   Angelo Holt
c/o Ryan Primerano
Southern Center of Human Rights
60 Walton Street
Atlanta, Georgia 30303

PLEASE TAKE NOTICE that on December 1, 2021, beginning at 10:00 a.m., counsel for Defendants, pursuant to Rule 30 of the Federal Rules of Civil Procedure, shall take the deposition of Angelo Holt upon oral examination before a certified court reporter or some other officer duly authorized by law to take depositions and administer oaths at the Clayton County Jail at 9157 Tara Blvd., Jonesboro, Georgia 30236. The deposition will be recorded by stenographic means and may also be recorded by audiovisual/video means. The oral examination will continue from day to day until its completion.

Respectfully submitted this 11th day of November 2021.

        **FREEMAN MATHIS & GARY, LLP**

        */s/ A. Ali Sabzevari*
        Jack R. Hancock
        Georgia Bar No. 322450
        jhancock@fmglaw.com
        A. Ali Sabzevari
        Georgia Bar No. 941527
        asabzevari@fmglaw.com

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)

        Attorneys for Defendants

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **NOTICE TO TAKE DEPOSITION OF ANGELO HILL** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to all counsel of record.

This 11th day of November 2021.

**FREEMAN MATHIS & GARY, LLP**

*/s/ A. Ali Sabzevari*
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)