IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RHONDA JONES *et al.*,<br>        Plaintiffs,<br>v.<br><br>VICTOR HILL *et al.*,<br>        Defendants. | NO. 1:20-CV-2791-CCB |

## NOTICE OF STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 41.1, all remaining parties hereby stipulate and agree to the dismissal without prejudice of the above-styled action. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted this  15  day of December 2022.

| | |
|---|---|
| /s/ Christina Remlin | s/  Jack R. Hancock |
| Christina Remlin | Jack R. Hancock |
| Ga. Bar No. 615630 | Georgia Bar No. 322450 |
| Whitney Knox Lee | A. Ali Sabzevari |
| Ga. Bar No. 476117 | Georgia Bar No. 941527 |
| SOUTHERN CENTER FOR HUMAN RIGHTS | FREEMAN MATHIS & GARY, LLP |
| 60 Walton Street, N.W. | 661 Forest Parkway, Suite E |
| Atlanta, GA 30303 | Forest Park, GA 30297-2256 |
| (404) 688-1202 | (404) 366-1000 |
| (404) 688-9440 (fax) | (404) 361-3223 (fax) |
| | jhancock@fmglaw.com |

Andres M. Lopez-Delgado　　　　　　　　*Counsel for Defendants*
Ga. Bar No. 552876
Cory Isaacson
Ga. Bar No. 983797
AMERICAN CIVIL LIBERTIES
UNION OF GEORGIA
P.O. Box 570738
Atlanta, GA 30357
(770) 464-6236
(770) 303-0060 (fax)
adelgado@acluga.org


L. Joseph Loveland
Ga. Bar No. 459350
cremlin@schr.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing using the CM/ECF system, which will send notification of filing to all counsel of record.

**Whitney Knox Lee**

December 15, 2022